**UNITED STATES DISTRICT COURT**
**for the**
**Southern District of Florida**

| | | |
|---|---|---|
| BEYMAR OSIEL PEREZ RAMIREZ, )  | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. | |
| ) | 1:15-cv-22208 | |
| PINNACLE A ROOFING COMPANY, ) | Williams/Simonton | |
| PINNACLE ROOFING INC., ) | | |
| ROBERT THOMAS, ) | | |
| Defendants ) | | |
| _____/ | | |

# PINNACLE A ROOFING COMPANY'S AND ROBERT THOMAS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Court's June 11, 2015 "NOTICE OF COURT PRACTICE IN FLSA CASES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND FAIRNESS DETERMINATION", Pinnacle A Roofing Company ("Pinnacle") and Robert Thomas ("Thomas"), by and through their undersigned attorney, do hereby submit this Response to Plaintiff's Statement of Claim, subject to amendment and without prejudice to, *inter alia*, Pinnacle's and Thomas' pending Joint Motion to Dismiss (DE 11).

**The Court- Ordered Form:**

a) The total amount of alleged unpaid wages:
  25.5 hours paid as "per diem" @ $18.75, as opposed to OT @$28.125 =
  **$239.0625**

b) The calculation of such wages (number of hours multiplied by the rate of pay along with corresponding exact dates such wages were earned):
  Week of 12/10/14 – 12/16/14: 8 hours difference between per diem @$18.75 and OT @$28.125 = **$75.00**

  Week of 12/17/14 – 12/23/14: 5 hours difference between per diem @$18.75 and OT @$28.125 = **$46.875**

  Week of 2/11-15 – 2/17/15: 2 hours difference between per diem @$18.75 and OT @$28.125 = **$18.75**

# AUGUST 6, 2015 DRAFT FOR CLIENT REVIEW

Week of 3/25/15 – 3/31/15: 2.5 hours difference between per diem @$18.75 and OT @$28.125 =  **$23.4375**

Week of 4/01/15 – 4/07/15: 7.5 hours difference between per diem @$18.75 and OT @$28.125 =  **$70.3125**

Week of 05/06/15 – 05/12/15: 0.5 hour difference between per diem @$18.75 and OT @$28.125 =  **$ 4.6875**

c) The nature of the wages (e.g., regular or overtime): 25.5 hours paid as per diem @$18.75 rather than OT @28.125, or 25.5 X 9.375 difference =  **$239.0625**

d) The amount of attorneys' fees (hours and rate) incurred to date: **15.4 hours @$350**

**Plaintiff's Form As Filed 7/27/2015:**

| | | |
|---|---|---|
| 1. | Period of Claim: | 10/15/14 through 06/04/15 |
| 2. | Weeks: | 39 |
| 3. | Hourly Rate: | $18.75 |
| 4. | Amount of time and a half per hour | $28.125 |
| 5. | Total hours worked above 40/week during Period of Claim: | 25.5 |
| 6. | Calculation of difference between overtime rate (@$28.125)and per diem rate (@$18.75) actually paid: | 25.5 hours X $9.375 difference = $ 239.0625 |

Dated: August 10, 2015

Respectfully submitted,
s/ Barry Oliver Chase/
Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
Barry@ChaseLawyers.com
ChaseLawyers
21 SE 1st Ave., Suite 700

Miami, FL 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Attorney for Defendants Pinnacle A Roofing Company and Robert Thomas

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 10, 2015, I electronically filed the foregoing, PINNACLE A ROOFING COMPANY'S AND ROBERT THOMAS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM using the CM/ECF system, and that the foregoing document is being served this date on Plaintiff's below-specified counsel of record via Court electronic service to:

**Elizabeth Olivia Hueber**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
3058656766
Fax: 3058657167
Email: elizabeth.hueber.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Julia M Garrett**
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: jgarrett.jhzidellpa@gmail.com
*ATTORNEY TO BE NOTICED*

**Steven C. Fraser**
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305.865.6766
Email: steven.fraser.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766

**AUGUST 6, 2015 DRAFT FOR CLIENT REVIEW**

Fax: 865-7167
Email: ZABOGADO@AOL.COM
*ATTORNEY TO BE NOTICED*

        s/ Barry Oliver Chase/
        Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
        Barry@ChaseLawyers.com
        ChaseLawyers
        21 SE 1st Ave., Suite 700
        Miami, FL 33131
        Telephone: (305) 373-7665
        Facsimile: (305) 373-7668