UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22208-Civ-Williams/Simonton

BEYMAR OSIEL PEREZ RAMIREZ,  )
Plaintiff                    )
                             )
v.                           )
                             )
PINNACLE A ROOFING COMPANY   )
and                          )
ROBERT THOMAS,               )
Defendants                   )
_____/

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS AMENDED COMPLAINT (DE 28)**

Defendants Pinnacle A Roofing Company (Pinnacle A") and Robert Thomas ("Thomas"), by and through their undersigned attorney and pursuant to Local Rule 7.1(c), hereby file this, their Reply Memorandum ("Reply") to Plaintiff's Response ("Response", DE 28) in Opposition to Defendants' Motion to Dismiss Amended Complaint (DE 26).

## I. Count I

In light of the opinion in *Polycarpe v. E&S Landscaping Service, Inc.*, 616 F.3d 1217 (11th Cir. 2010), Defendants withdraw their Motion as to Count I.

## II. Count II

Regarding Count II, Plaintiff has failed to cite any authority upholding his position, nor could he. Indeed, the sole case cited by Plaintiff, *Wolf v. Coca-Cola Co.*, 200 F.3d 1337 (11th Cir. 2000), negates Plaintiff's position. In *Wolf*, the Coca-Cola Company was charged with violating, *inter alia*, 29 U.S.C. § 215(A)(3) by impermissibly firing a software programmer who had, unlike the Plaintiff here, appears to have previously

1

complained about her compensation. As the *Wolf* court noted, however, section 215(a)(3): "requires that the adverse action [*i.e.,* the dismissal] be subsequent to the assertion of FLSA rights. The record demonstrates, however, that there is only one occasion prior to her termination [on March 7] when Appellant might have asserted FLSA rights—the Feb. 24 meeting." *Id.* at 1343. Despite the *Wolf* plaintiff's claim that this "one occasion" amounted to a filed "complaint" under Section 215(a)(3), the 11th Circuit upheld the lower court's dismissal of Wolf's claim for retaliation damages.

Moreover, diligent research by undersigned counsel has unearthed NO case in which a court has found that a complaint at the time of dismissal amounts to such a prior filing. Thus, Count II of the Amended Complaint should be dismissed.

Dated: September 28, 2015
Respectfully submitted,
s/ Barry Oliver Chase/
Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
Barry@ChaseLawyers.com
ChaseLawyers
21 SE 1st Ave., Suite 700
Miami, FL 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Attorney for Defendants Pinnacle A Roofing Company and Robert Thomas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 28, 2015, I electronically filed the foregoing, Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss Amended Complaint (DE 28), and that the foregoing document is being served this date on Plaintiff's below-specified counsel of record via Court electronic service to:

**Elizabeth Olivia Hueber**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
3058656766
Fax: 3058657167
Email: elizabeth.hueber.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Julia M Garrett**
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: jgarrett.jhzidellpa@gmail.com
*ATTORNEY TO BE NOTICED*

**Steven C. Fraser**
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305.865.6766
Email: steven.fraser.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM
*ATTORNEY TO BE NOTICED*

                                                s/ <u>Barry Oliver Chase</u>/
                                                Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
                                                Barry@ChaseLawyers.com
                                                ChaseLawyers
                                                21 SE 1st Ave., Suite 700
                                                Miami, FL 33131
                                                Telephone: (305) 373-7665
                                                Facsimile: (305) 373-7668