UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22208-CIV-WILLIAMS

BEYMAR OSIEL PEREZ RAMIREZ,

    Plaintiff,

vs.

PINNACLE A ROOFING COMPANY, et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Defendant Pinnacle A Roofing Company and Robert Thomas's motion to dismiss (DE 26), to which Plaintiff filed a response in opposition (DE 28), and Defendants filed a reply (DE 30). Plaintiff asserts two counts against defendants under the Fair Labor Standards Act ("FLSA"): (1) Federal Overtime Wage Violation; and (2) Retaliation. In their reply, Defendants indicate they are only seeking to dismiss the retaliation count for failure to state a claim.

In Count 2, Plaintiff asserts that on June 5, 2015, he "made a demand for his unpaid overtime wages," and "immediately thereafter, Plaintiff was terminated." (DE 23 ¶¶ 21-22). Plaintiff contends that the "motivating factor for said termination was due to Plaintiff's demand for his legally mandated wages under the FLSA" and that his termination therefore violated 29 U.S.C. § 215(A)(3). Plaintiff provides no information about the nature or substance of his demand, whether it was made orally or in writing, or whether he utilized a formal or informal complaint process. While certainly far from a "rock solid complaint," the Court nonetheless finds that these allegations, with respect to

1

the retaliation claim, are sufficient notice, accepted as true, to state a claim for retaliation under the FLSA.

For the foregoing reasons, Defendant's motion to dismiss or in the alternative for a more definite statement (DE 26) is **DENIED**. Defendant shall have 14 days to file an answer to the amended complaint.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of September, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE