**UNITED STATES DISTRICT COURT**
**for the**
**Southern District of Florida**

Civil Action No. 1:15-cv-22208
Williams/Simonton

| | |
|---|---|
| BEYMAR OSIEL PEREZ RAMIREZ, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PINNACLE A ROOFING COMPANY | ) |
| and | ) |
| ROBERT THOMAS, | ) |
| Defendants | ) |
| _____/ | |

**DEFENDANTS' JOINT ANSWER AND AFFIRMATIVE DEFENSE TO**
**AMENDED COMPLAINT**
**[CLAIM OF UNCONSTITUTIONALITY]**

Defendants Pinnacle A Roofing Company ("Pinnacle") and Robert Thomas ("Thomas"), collectively "Defendants", by and through their undersigned attorney and pursuant to Fed. R. Civ. P. 8(b) and Local Rule 24.1(a), hereby jointly file their Answer to the Amended Complaint (DE 23) filed herein, and state as follows with respect to each averment therein.

1. Admit, but assert that the statute as presently interpreted is unconstitutional as applied, in that it purports to reach wholly intrastate activity.

2. Lack knowledge or information sufficient to form a belief.

3. Admit averment of first sentence. Deny all else.

4. Admit that Robert Thomas is a corporate officer of Pinnacle A [not "A."] Roofing Company. Deny remainder.

1

5. Lack knowledge or information sufficient to form a belief.

6. Admit averment of first sentence., with proviso that the subject statute as presently interpreted is unconstitutional as applied, in that it purports to reach wholly intrastate activity. Deny remainder.

7. Admit.

8. Admit that the following is the actual language of 29 U.S.C. §207(a)(1), which Plaintiff attempts to quote:

> ...no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed.

9. Deny as to dates of Plaintiff's employment. ADMIT only that Plaintiff engaged in the normal range of roofer's duties.

10. Admit that Plaintiff engaged in the normal range of roofer's duties. Deny that the subject statute as presently interpreted is constitutional as applied, in that it purports to reach wholly intrastate activity. Deny remainder.

11. Admit that Defendants engaged in the normal range of roofing company activities. Deny that the subject statute as presently interpreted is constitutional as applied, in that it purports to reach wholly intrastate activity. Deny remainder.

12. Deny.

13. Lack knowledge or information sufficient to form a belief.

14. Admit.

15. Admit.

16. Deny.

17. Deny averments of first sentence.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

**<u>AFFIRMATIVE DEFENSE</u>**

1. To the extent that the Fair Labor Standards Act of 1938 (the "Act") applies to activities which involve only those goods which have come to rest within a state prior to Defendants' actual acquisition thereof, it is unconstitutional under the Interstate Commerce Clause (U.S. Const. art. I, § 8, cl. 3; U.S. Const., amend X).

Dated: October 2, 2015

Respectfully submitted,
s/ Barry Oliver Chase/
Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
Barry@ChaseLawyers.com
ChaseLawyers

21 SE 1st Ave., Suite 700
Miami, FL 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Attorney for Defendants Pinnacle A Roofing Company
and Robert Thomas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 2, 2015, I electronically filed the foregoing, DEFENDANTS' JOINT ANSWER AND AFFIRMATIVE DEFENSE TO AMENDED COMPLAINT [CLAIM OF UNCONSTITUTIONALITY], and that the foregoing document is being served this date on Plaintiff's below-specified counsel of record via Court electronic service to:

**Elizabeth Olivia Hueber**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
3058656766
Fax: 3058657167
Email: elizabeth.hueber.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Julia M Garrett**
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: jgarrett.jhzidellpa@gmail.com
*ATTORNEY TO BE NOTICED*

**Steven C. Fraser**
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305.865.6766
Email: steven.fraser.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Jamie H. Zidell**
300 71st Street

Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM
*ATTORNEY TO BE NOTICED*

        s/ Barry  Oliver Chase/
        Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
        Barry@ChaseLawyers.com
        ChaseLawyers
        21 SE 1st Ave.,  Suite 700
        Miami,FL 33131
        Telephone: (305) 373-7665
        Facsimile: (305) 373-7668