# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22208-cv-Williams/Simonton

| | |
|---|---|
| BEYMAR OSIEL PEREZ RAMIREZ, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PINNACLE A ROOFING COMPANY | ) |
| and | ) |
| ROBERT THOMAS, | ) |
| Defendants | ) |
| _____/ | |

## DEFENDANTS' JOINT MOTION FOR COSTS OF MEDIATION

Pursuant to Federal Rule of Civil Procedure 16.2(e), Defendants Pinnacle A Roofing Company ("Pinnacle") and Robert Thomas ("Thomas", with Pinnacle and Thomas referred to herein collectively as "Defendants"), by and through their undersigned counsel, move ("Motion") that Plaintiff Beymar Osiel Perez Ramirez ("Plaintiff") be sanctioned for his failure to attend Court-Ordered Mediation on February 23, 2016, and be ordered to reimburse Defendants their costs of attendance.

As grounds for this Motion, Defendants submit the following:

1. On November 23, 2015, this Court entered its "Order Scheduling Mediation" for February 23, 2016 at 10:15 AM, as embodied in Exhibit A, which is attached hereto and incorporated herein by this reference.

2. At the appointed date and hour, Defendants and their counsel appeared as ordered, as did Plaintiff's counsel. Plaintiff, however, did not appear, as attested to by the "Mediator's Report," which is attached hereto as Exhibit B and incorporated herein by this reference.

1

3. As indicated by the "Statement of Mediation Services," which is attached hereto as Exhibit C and incorporated herein by this reference, Defendants were obligated to remit to ATD Mediation & Arbitration, P.A., the amount of Six Hundred Seventy-Five Dollars ($675.00) for the services of Mediator Cindy Niad Hannah in connection with the Mediation, and have paid said amount, as indicated by Exhibit D, which is attached hereto and incorporated herein by this reference.

4. Local Rule 16.2(e) of this Court provides as follows, in pertinent part: "Failure to comply with the attendance or settlement authority requirements may subject a party to sanctions by the Court."

5. Accordingly, Defendants move the Court to impose sanctions under said Local Rule 16.2(e) as follows:

| | |
|---|---|
| -- Defendants' Share of the Mediator's Fee ……….. | $ 675.00 |
| -- Defendants' time in attending the Mediation @ $100/hour per Defendant for two (2) hours………. | $ 400.00 |
| Defendants' Cost of Counsel @ $350/hour for two (2) hours | $ 700.00 |
| **TOTAL REQUESTED** | **$1,775.00** |

THEREFORE, Defendants request that this Court impose sanctions upon the Plaintiff in the amount of One Thousand Seven Hundred Seventy-Five Dollars ($1,775.00) for Plaintiff's failure to attend the above-referenced Court-Ordered Mediation.

Dated: February 23, 2016

Respectfully submitted,

s/ <u>Barry Oliver Chase</u>/

Barry Oliver Chase, Esq. (Florida Bar No. 0083666)
Barry@ChaseLawyers.com
Gregory Bloom, Esq. (Florida Bar No. 0076846)
Greg@ChaseLawyers.com
ChaseLawyers

2

21 SE 1st Ave., Suite 700
Miami, FL 33131
Telephone: (305) 373-7665
Facsimile: (305) 373-7668
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

Court electronic service on this 23rd day of February 2016, on:

Allyson Greer Kutner
JH Zidell PA
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: amorgado.jhzidell@gmail.com

Elizabeth Olivia Hueber
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
3058656766
Fax: 3058657167
Email: elizabeth.hueber.esq@gmail.com

Julia M Garrett
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: jgarrett.jhzidellpa@gmail.com

Jamie H. Zidell
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM

s/ Barry  Oliver Chase/

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-22208-cv-Williams/Simonton

BEYMAR OSIEL PEREZ RAMIREZ,    )
Plaintiff                                                )
                                                              )
v.                                                          )
                                                              )
PINNACLE A ROOFING COMPANY )
and                                                        )
ROBERT THOMAS,                          )
Defendants                                         )
_____/

# EXHIBIT "A" TO:

**DEFENDANTS' JOINT MOTION FOR COSTS OF MEDIATION**

**(February 23, 2016)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22208-KMW

BEYMAR OSIEL PEREZ RAMIREZ, and all )
others similarly situated under 29 U.S.C. )
216(b), )
        Plaintiff, )
vs. )
PINNACLE A ROOFING COMPANY; )
ROBERT THOMAS, )
        Defendants. )
_____ )
)

## ORDER SCHEDULING MEDIATION

**THE MEDIATION CONFERENCE** in this matter shall be held with Cindy Hannah on the 23nd day of February, 2016 at 10:15 a.m. at 28 West Flagler Street, Suite 610, Miami, Florida 33131. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers in Miami, Florida this 30th day of November, 2015.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-22208-cv-Williams/Simonton

BEYMAR OSIEL PEREZ RAMIREZ,       )
Plaintiff                          )
                                   )
v.                                 )
                                   )
PINNACLE A ROOFING COMPANY         )
and                                )
ROBERT THOMAS,                     )
Defendants                         )
_____/

# EXHIBIT "B" TO:

**DEFENDANTS' JOINT MOTION FOR COSTS OF MEDIATION**

**(February 23, 2016)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDFA
CASE NO. 1:15-CV-22208-KMW

BEYMAR OSIEL PEREZ RAMIREZ, and all
Others similarly situated under 29 U.S.C. 216 (b)

    Plaintiff(s),

vs.

PINNACLE A ROOFING COMPANY;
PINNACLE ROOFING, INC.; ROBERT
THOMAS,

    Defendant(s).
_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **February 23, 2016 @ 10:15 A.M.**

_____  AN AGREEMENT WAS REACHED.

    _____ The Agreement is attached with consent of the parties.

_____  NO AGREEMENT WAS REACHED; IMPASSE.

_____  The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before \_\_\_/\_\_\_/\_\_\_, than this matter shall be deemed at an impasse.

✓   Other: _Π's Counsel Appeared. Π failed to appear despite Π's Counsel's representation that Π's counsel's assistant*_

_Cindy Niad Hannah_
Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-6238

*spoke to Π via telephone the day before this mediation on 2/22/16. Δ's Representative, Δ's counsel, and Δ, Robert Thomas, appeared at the mediation.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-22208-cv-Williams/Simonton

BEYMAR OSIEL PEREZ RAMIREZ,  )
Plaintiff                    )
                             )
v.                           )
                             )
PINNACLE A ROOFING COMPANY   )
and                          )
ROBERT THOMAS,               )
Defendants                   )
_____/

# EXHIBIT "C" TO:

**DEFENDANTS' JOINT MOTION FOR COSTS OF MEDIATION**

**(February 23, 2016)**

# ATD Mediation & Arbitration, P.A.

Cindy Niad Hannah, Esq.
Certified Mediator
10125 Emerson Street
Fort Lauderdale, FL. 33076
Ph: (305) 926-8801
Fax: (954) 693-0673
www.agree2disagree.com

## STATEMENT OF MEDIATION SERVICES

Date of Mediation: 2/23/2016 @ 10:15 A.M.                    MF# B-6238

To:
Barry Chase, Esq.
Law Office of Barry Oliver Chase
21 S.E. 1st Ave.
Suite 700
Miami, FL 33131
Tele: 305-373-7665

Case: Beymar Osiel Perez Ramirez v. Pinnacle Roofing Company; Pinnacle Roofing, Inc., Robert Thomas
CASE NO.: 1:15-cv-22208-KMW

Total Hours: _3 hrs reserved (incl. review summary)_

Your Fee: _$675-_

Amount Received: _-0-_

Total Amount Due: _$675-_

_✓_ *This sum represents your one-half portion of the mediation fee.

_____ *This sum represents your agreement to pay the whole mediation fee.

PAYMENT IS DUE UPON RECEIPT. PLEASE MAKE CHECKS PAYABLE TO:
**ATD Mediation & Arbitration, P.A.** (Tax I.D. #46-1619913).
**PLEASE REFERENCE THE ABOVE MF NUMBER ON YOUR PAYMENT.**
**Kindly provide a copy of this invoice with your payment** to the above-referenced address. Interest at the highest rate allowable by law will be charged to all invoices ten (10) days past due and over. A **$30.00** charge will be added for returned checks.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-22208-cv-Williams/Simonton

| | |
|---|---|
| BEYMAR OSIEL PEREZ RAMIREZ, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| PINNACLE A ROOFING COMPANY | ) |
| and | ) |
| ROBERT THOMAS, | ) |
| Defendants | ) |
| _____/ | |

# EXHIBIT "D" TO:

**DEFENDANTS' JOINT MOTION FOR COSTS OF MEDIATION**

**(February 23, 2016)**

**CHASELAWYERS**
21 SE 1ST AVE., SUITE 700
MIAMI, FL 33131

63-964/670 6          6265

DATE 2-23-16

PAY TO THE ORDER OF: ATD Mediation & Arbitration, PA          $ 625.00

Six hundred twenty-five and 00/100 —————— DOLLARS

Sabadell United Bank

MEMO: MF # B-6238 Pinnacle/Ramirez

⑆067009646⑆ 006112960 4⑈  6265