UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22208-AMS

BEYMAR OSIEL PEREZ RAMIREZ,                    )
*and all others similarly situated under*       )
*29 U.S.C. § 216(b)*,                            )
                                                )
                                                )
            Plaintiff,                          )
      vs.                                       )
                                                )
                                                )
PINNACLE A ROOFING COMPANY,                     )
PINNACLE ROOFING INC., and ROBERT               )
THOMAS                                          )
                                                )
                                                )
            Defendants.                         )
_____)

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Parties, by and through their undersigned counsel, respectfully move this Court for approval of their Settlement Agreement and Mutual Release, resolving the matter as set forth therein.  In support thereof, the Parties state as follows:

1.     Plaintiff BEYMAR OSIEL PEREZ RAMIREZ filed claims under case number 15-cv-22208-AMS under the Fair Labor Standards Act (FLSA), the Florida Statutes, and the Florida Constitution for minimum wage and overtime wages whereby Plaintiff alleged that he was not paid the appropriate minimum wages and overtime wages for the work he performed for Defendants, as well as a claim of unlawful retaliation under 29 U.S.C. § 215.

2.     Defendants deny Plaintiff's allegations in their entirety and assert affirmative defenses.  Defendants state that Plaintiff was properly compensated for all hours worked during their employment, that only *de minimis* wages (if any) are due or owing and that there was no unlawful retaliation of any sort by Defendants against Plaintiff. However, Defendants and

Plaintiff have agreed to enter into a settlement agreement for the sole purpose of avoiding the costs and uncertainty of litigation.

3.      The Parties have engaged in settlement negotiations, resulting in an accord and satisfaction embodied in the Confidential Settlement Agreement Waiver and Release the Parties signed, and which the Parties believe and agree represents a fair, reasonable, and adequate settlement of Plaintiff's claims against Defendants.

4.      A copy of the Confidential Settlement Agreement Waiver and Release has been submitted to the Court via email simultaneously with the filing of this Motion.

5.      The Parties are in agreement that this Court may enter an Order Approving Settlement Agreement, Dismissing Complaint, with Prejudice, as to Defendants, and Closing Case, after scrutinizing the settlement for fairness and approving the settlement.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

6.      Aside from Plaintiff and Defendants, there are no other parties to this action.

**WHEREFORE**, the Parties respectfully request that this Court: (1) approve the Parties' Confidential Settlement Agreement Waiver and Release, resolving the matter on the terms set forth therein; and (2) dismiss, with prejudice, this case against Defendants; (3) retain jurisdiction for the limited purpose of enforcing the Parties' Confidential Settlement Agreement Waiver and Release.

Respectfully submitted,

| | |
|---|---|
| */s/ Allyson Morgado* | */s/ Barry O. Chase* |
| Allyson Morgado. Esq. | Barry Oliver Chase, Esq. |
| Florida Bar No. 91506 | Florida Bar No. 83666 |
| E-mail: amorgado.jhzidell@gmail.com | E-mail: Barry@ChaseLawyers.com |

| | |
|---|---|
| J.H. ZIDELL, P.A. | Barry Oliver Chase, P.A. |
| 300 71st Street, Suite 605 | 21 SE First Avenue, Suite 700 |
| Miami Beach, Florida  33141 | Miami, FL 33131 |
| Telephone: 305.865.6766 | Telephone: 305-373-7665 |
| Facsimile: 305.865.7167 | Fax:  305-373-7668 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22208-AMS

BEYMAR OSIEL PEREZ RAMIREZ,          )
*and all others similarly situated under*    )
*29 U.S.C. § 216(b)*,                         )
                                             )
                  Plaintiff,                 )
          vs.                                )
                                             )
                                             )
PINNACLE A ROOFING COMPANY,          )
PINNACLE ROOFING INC., and ROBERT    )
THOMAS                               )
                                             )
                  Defendants.                )
_____)

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENTAGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

Having reviewed the Confidential Settlement Agreement Waiver and Release between

Plaintiff, BEYMAR OSIEL PEREZ RAMIREZ and Defendants, PINNACLE A ROOFING

COMPANY and ROBERT THOMAS, and it appearing to the Court that due cause exists to

approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against

Defendants Pinnacle A Roofing Company and Robert Thomas, with the Court to retain

jurisdiction to enforce the terms of the Confidential Settlement Agreement Waiver and Release,

it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED**

by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and

this case is **DISMISSED WITH PREJUDICE as to of Plaintiff's claims against Defendants**

Pinnacle A Roofing Company and Robert Thomas, pursuant to the terms of the Confidential

4

5

Settlement Agreement, Waiver and Release and with the Court to retain jurisdiction to enforce

the terms of the Confidential Settlement Agreement, Waiver and Release.

      **DONE AND ORDERED** in chambers, at Miami, Florida, this _____ day of

_____ 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record