UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22208-AMS

BEYMAR OSIEL PEREZ RAMIREZ, )
*and all others similarly situated under* )
*29 U.S.C. § 216(b)*, )
)
       Plaintiff, )
vs. )
)
PINNACLE A ROOFING COMPANY, )
PINNACLE ROOFING INC., and ROBERT )
THOMAS )
)
       Defendants. )
_____)

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENTAGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

      Having reviewed the Confidential Settlement Agreement Waiver and Release between Plaintiff, BEYMAR OSIEL PEREZ RAMIREZ and Defendants, PINNACLE A ROOFING COMPANY and ROBERT THOMAS, and it appearing to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants Pinnacle A Roofing Company and Robert Thomas, with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement Waiver and Release, it is:

      **ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE as to of Plaintiff's claims against Defendants** Pinnacle A Roofing Company and Robert Thomas, pursuant to the terms of the Confidential Settlement Agreement, Waiver and Release and with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement, Waiver and Release.

**DONE AND ORDERED** in chambers, at Miami, Florida, this _____ day of _____ 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record