UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22208-AMS

BEYMAR OSIEL PEREZ RAMIREZ,
*and all others similarly situated under*
*29 U.S.C. § 216(b)*,

        Plaintiff,

vs.

PINNACLE A ROOFING COMPANY,
PINNACLE ROOFING INC., and ROBERT THOMAS

        Defendants.

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Having reviewed the Confidential Settlement Agreement Waiver and Release between Plaintiff, BEYMAR OSIEL PEREZ RAMIREZ and Defendants, PINNACLE A ROOFING COMPANY and ROBERT THOMAS, and it appearing to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants Pinnacle A Roofing Company and Robert Thomas, with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement Waiver and Release, it is:

**ORDERED** and **ADJUDGED** that the Parties' Joint Motion for Court Approval of Settlement Agreement, ECF No. [65], is **GRANTED**; the Settlement Agreement is hereby **APPROVED** by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); and this case is **DISMISSED WITH PREJUDICE as to of Plaintiff's claims against Defendants** Pinnacle A Roofing Company and Robert Thomas, pursuant to the terms of the Confidential Settlement Agreement, Waiver and Release and with the Court to retain

jurisdiction to enforce the terms of the Confidential Settlement Agreement, Waiver and Release until August 1, 2016.

      **DONE AND ORDERED** in chambers, at Miami, Florida, this June 8, 2016.

      _/s/ Andrea M. Simonton_
      ANDREA M. SIMONTON
      UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record